■ In the Matter of AETNA CASUALTY AND SURETY COMPANY, Respondent, v LANCE M. FREED et al., Appellants. [594 NYS2d 996] —Appeal from an order of the Supreme Court, Nassau County (Burke, J.), dated November 8, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Burke at the Supreme Court. Rosenblatt, J. P., Lawrence, O'Brien and Copertino, JJ., concur.